UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL J. STOCKWELL,

            Petitioner,

   v.

WASHINGTON STATE,

            Respondent.

Case No. C21-5455-RJB-SKV

REPORT AND RECOMMENDATION

*Pro se* petitioner Daniel Stockwell filed a petition for habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. 6. Petitioner previously filed a habeas petition in this Court. The Court denied the petition, dismissed the case with prejudice, and denied a certificate of appealability. *Stockwell v. Key*, C13-5435-RBL (Dkts. 44, 49 & 51). Subsequently, the Ninth Circuit denied petitioner's request for a certificate of appealability and the United States Supreme Court denied a petition for a writ of certiorari and a petition for rehearing. *Id.* (Dkts. 58 & 60-61).

It is apparent from a review of petitioner's current filing that he seeks to challenge the same conviction previously addressed by this Court. *Compare* Dkt. 6, *with Stockwell*, C13-5435-RBL. As petitioner previously attempted to challenge this conviction, the instant petition must be

REPORT AND RECOMMENDATION - 1

1  deemed successive.  This Court is without jurisdiction to consider such a petition or motion until
2  the Ninth Circuit has authorized its filing.  28 U.S.C. § 2244(b)(3)(A).

3        The Court herein construes petitioner's proposed petition as a request for permission to file
4  a successive petition.  Accordingly, this case should be transferred to the Ninth Circuit, in the
5  interests of justice, pursuant to 28 U.S.C. § 1631.  Petitioner is advised that this transfer does not
6  of itself constitute compliance with § 2244(b)(3) and Ninth Circuit Rule 22-3.  Petitioner must still
7  file a motion for leave to proceed in the Court of Appeals and make the requisite showing required
8  by § 2244(b)(2).  Petitioner is referred to this statute for further information.

9        The Court, in sum, recommends transferring this matter to the Ninth Circuit as a request
10  for permission to file a second or successive petition.  The Clerk should be directed to close this
11  case and transfer all original documents to the Ninth Circuit, while retaining a copy of the petition
12  and this Order in the file.  A proposed Order of Transfer is attached.[1]

13        Objections to this Report and Recommendation, if any, should be filed with the Clerk and
14  served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report
15  and Recommendation is signed.  Failure to file objections within the specified time may affect
16  your right to appeal.  Objections should be noted for consideration on the District Judge's motions
17  calendar for the third Friday after they are filed.  Responses to objections may be filed within
18  **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be
19  ready for consideration by the District Judge on **August 20, 2021**.

20        Dated this 28th day of July, 2021.

                        *S. Kate Vaughan*
                        S. KATE VAUGHAN
                        United States Magistrate Judge

---

[1] Given the above, the Court declines to discuss any other deficiencies in the proposed petition, including, but not limited to, the failure to identify a proper respondent.

REPORT AND RECOMMENDATION - 2