1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

DANIEL J. STOCKWELL,

CASE NO. 21-cv-05455-RJB-SKV

Petitioner,

ORDER ADOPTING REPORT AND
RECOMMENDATION AND
ORDER OF TRANSFER

12

v.

13

WASHINGTON STATE,

14

Respondent.

15

16

17

The Court, having reviewed the proposed 28 U.S.C. § 2254 petition for writ of habeas

18

corpus, the Report and Recommendation of the Honorable S. Kate Vaughan, United States

19

Magistrate Judge and the remaining record, no objections were filed, finds and orders as follows:

20

(1) The Court ADOPTS the Report and Recommendation.

21

(2) The proposed petition is construed as a request for permission to file a second or

22

successive petition, and this case is hereby TRANSFERRED to the Ninth Circuit

23

Court of Appeals pursuant to 28 U.S.C. § 1631 and Ninth Circuit Rule 22-3.

24

- 1

(3) Petitioner is advised that this transfer does not itself constitute compliance with §

2244(b) and Ninth Circuit Rule 22-3; he must still file a motion for leave to proceed

in the Court of Appeals and make the showing required by § 2244(b)(2).

(4) The Clerk is directed to close this case and to transfer all original documents to the

Ninth Circuit Court of Appeals.  The Clerk shall, however, retain a copy of the

petition and this Order in the file.  The Clerk shall also direct copies of this Order to

petitioner and to Judge Vaughan.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and

to any party appearing *pro se* at said party's last known address.

Dated this 23rd day of August, 2021.

ROBERT J. BRYAN
United States District Judge

- 2